DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL HARDY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-1002

[August 13, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. 062004CF009136A88810.

Michael Hardy, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***